[No. 5377–1.   Division One.   July 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMMY
F. B. W. WALLER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 78736, Jerome M. Johnson, J., entered January
17, 1977. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by Callow and Andersen, JJ.

[No. 5524–1.   Division One.   July 13, 1978.]

THE CITY OF SEATTLE, *Respondent,* v. FRANCISZEK P.
STARCZEWSKI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 794322, Eugene G. Cushing, J., entered January 26, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5670–1.   Division One.   July 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD E.
DONLEY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80125, Edward E. Henry, J., entered May 13,
1977. *Remanded* by unpublished opinion per Petrie, J.,
concurred in by James and Ringold, JJ.

[No. 5764–1.   Division One.   July 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CEDRIC
KEITH WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 73101, Eugene G. Cushing, J., entered May 31,
1977. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Roe, J.